IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 14-574-PBT-01, 02, 03 |
| DEVOS LTD. D/B/A GUARANTEED RETURNS, | : |
| DEAN VOLKES, | : |
| DONNA FALLON | |

**UNITED STATES' MOTION TO SEAL ITS RESPONSE
TO DEFENDANTS' PRETRIAL MOTIONS**

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney, Nancy Rue, and Jennifer C. Barry, Assistant United States Attorneys, in and for the Eastern District of Pennsylvania, respectfully moves for an Order sealing the United States' Response To Defendants' Pretrial Motions (the "Response"). The Response discusses information contained in search and seizure affidavits that were filed under seal and that remain partially under seal. Defendants' Pretrial Motions and Memorandum of Law In Support were also filed under seal. Thus, to comply with sealing orders that were previously obtained, the United States

respectfully requests that the Court direct that the Response be filed under seal.  The United States will file a redacted version of the Response on the public docket.

        Respectfully submitted,

        ZANE DAVID MEMEGER
        United States Attorney


        <u>/s/ Nancy Rue</u>
        Nancy Rue
        Jennifer C. Barry
        Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CRIMINAL NO. 14-574-PBT** |
| **DEVOS LTD. D/B/A GUARANTEED** : | |
| **RETURNS,** *et al.* | |

**O R D E R**

AND NOW, this _____ day of December, 2015, it is hereby **ORDERED** that the United States' Motion to Seal Its Response to Defendants' Pretrial Motions is **GRANTED.** It is ordered that the United States' Response to Defendants' Pretrial Motions is filed under **SEAL** and that it remain under seal under further order of the Court. The United States shall file a redacted version of this document on the public docket.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I certify that the foregoing United States' Motion To Seal Its Response to Defendants' Pretrial Motions was served by the Electronic Court Filing System on all counsel of record.

    /s/Nancy Rue
    Nancy Rue
    Assistant United States Attorney