IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 14-574-PBT |
| DEVOS LTD. D/B/A GUARANTEED RETURNS, *et al.* | : |

## ORDER

AND NOW, this 7th day of December, 2015, it is hereby

**ORDERED** that the United States' Motion to Seal Its Response to Defendants' Pretrial Motions is **GRANTED.** It is ordered that the United States' Response to Defendants' Pretrial Motions is filed under **SEAL** and that it remain under seal under further order of the Court. The United States shall file a redacted version of this document on the public docket.

BY THE COURT:

*/s/ Petrese B. Tucker*
HONORABLE PETRESE B. TUCKER
Chief Judge, United States District Court