IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : | NO. 14-574 (PBT) |

### DECLARATION OF DOUGLAS E. GROVER

I, DOUGLAS E. GROVER, declare as follows:

1. I am a member of the law firm Schlam Stone & Dolan LLP, attorneys for Devos Ltd. d/b/a/ Guaranteed Returns, a defendant in the above-captioned action. In an order dated November 19, 2014 I was admitted *pro hac vice* to appear before this Court in this matter. [Doc. No. 37] I submit this declaration in support of Defendants' pretrial motions, filed October 13, 2015.

2. Attached hereto as Exhibit 1 is a true and correct copy of the affidavit in support of search warrant sworn out by DCIS Special Agent Joann M. Woodring on March 29, 2011, as produced to Defendants by the government.

3. Attached hereto as Exhibit 2 is a true and correct copy of a search and seizure warrant for 100 13th Avenue, Ronkonkama, New York 11779, issued March 29, 2011 and executed April 5, 2011, as produced to Defendants by the government.

4. Attached hereto as Exhibit 3 is a true and correct copy of a search and seizure warrant for safe deposit box ███████ located at Citibank, 835 Montauk Avenue, Bayport, New York, issued March 29, 2011 and executed April 5, 2011, as produced to Defendants by the government.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of a search and seizure warrant for ▮▮▮▮▮▮▮▮▮▮ Deer Park, New York 11729, issued March 29, 2011 and executed April 5, 2011, as produced to Defendants by the government.

6. Attached hereto as Exhibit 5 is a true and correct copy of a search and seizure warrant for 100 Colin Drive, Holbrook, New York 11741, issued March 29, 2011 and executed April 5, 2011, as produced to Defendants by the government.

7. Attached hereto as Exhibit 6 is a true and correct copy of a search and seizure warrant for ▮▮▮▮▮▮▮▮▮▮, Selden, New York 11784, issued March 29, 2011 and executed April 5, 2011, as produced to Defendants by the government.

8. Based on an index provided to Defendants by the government as well as conversations with Guaranteed Returns personnel, I am aware that when government agents executed search warrants at Guaranteed Returns' offices on April 5, 2011, they seized all of the Company's servers. The government also seized the laptops and desktops of seven employees.

9. Attached hereto as Exhibit 7 is a true and correct copy of an October 5, 2004 email from Dean Volkes to his daughter Ashley Judson, produced to Defendants by the government with bates-stamp QPH08-1507910-0020841.

10. Attached hereto as Exhibit 8 is a true and correct copy of a photograph identified as a photo of Dean Volkes as a baby with his grandmother, produced to Defendants by the government with bates-stamp HOL-63-G-000338-339.

11. Attached hereto as Exhibit 9 is a true and correct copy of a photograph identified as a photo of Dean Volkes at his first communion, produced to Defendants by the government with bates-stamp HOL-63-G-000340-341.

12. Attached hereto as Exhibit 10 is a true and correct copy of a Certificate of Registration from the U.S. Patent and Trademark Office, dated January 23, 1996, produced to Defendants by the government with bates-stamp HOL-E-23-000010.

13. Attached hereto as Exhibit 11 is a true and correct copy of a notice of violation of the Brookhaven Anti-Litter Ordinance, dated July 20, 2000, produced to Defendants by the government with bates-stamp HOL-67-G-000460.

14. I am aware that amongst the documents produced to Defendants by the government are Donna Fallon's confidential divorce mediation submissions, including a document with bates-stamp HOL-66-G-001901.

15. Attached hereto as Exhibit 12 is a true and correct copy of the affidavit in support of search warrant sworn out by FBI Special Agent Matthew Callahan on October 4, 2014, as produced to Defendants by the government.

16. Attached hereto as Exhibit 13 is a true and correct copy of a search and seizure warrant for 100 Colin Drive, Holbrook, New York 11741, issued October 24, 2014 and executed October 29, 2014, as produced to Defendants by the government.

17. Attached hereto as Exhibit 14 is a true and correct copy of handwritten notes dated November 3, 2009, produced to Defendants by the government and represented by the government to be the investigative notes of Special Agent Joann Woodring.

18. Attached hereto as Exhibit 15 is a true and correct copy of the affidavit in support of seizure warrant sworn out by DCIS Special Agent Joann M. Woodring on October 24, 2014, as produced to Defendants by the government.

19. Attached hereto as Exhibit 16 is a true and correct copy of a September 16, 2015 letter that I sent to AUSA Nancy Rue requesting that the government agree to the unsealing of

five documents that have been sealed in the criminal cases of two apparent government witnesses, Ryan Kasper and Ronald Carlino.

20. Following my September 16, 2015 letter, AUSA Rue advised me that these materials were sealed by the Court, and that, if Defendants were to request their unsealing, the government would oppose that request.

21. Attached hereto as Exhibit 17 is a true and correct copy of a November 10, 2014 letter that I sent to AUSA Nancy Rue to request, among other things, disclosure of *Brady* materials.

22. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 12, 2015

_____
Douglas E. Grover