# EXHIBIT 7

| | |
|---|---|
| **From:** | Dean Volkes <dean@gr.com> |
| **Sent:** | Tuesday, October 5, 2004 8:39 AM |
| **To:** | Ashley Judson (E-mail) <█████████> |
| **Subject:** | Hi |

Hi Sweetheart

It is very cold here this morning, 52. The leaves should be changing in about a week. I know mom and you are still having problems with the web cam. Try looking online for some tech support, if I get a chance I will too. I have been swamped at work lately and thanks to your mom getting me up at 6:30 am every morning, I get to work now just after 8:00. I going to the Yankee game with Stan tonight, so go Yanks. Tonight is the opening game of the playoffs. I am looking forward to seeing you next week. Keep up the good work, I am very proud of you.

Love
Dean

QPH08-1507910-0020841