# EXHIBIT 8



HOL-63-G-000338

