# EXHIBIT 9

HOL-63-G-000340



HOL-63-G-00341