# EXHIBIT 10



### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-third day of January 1996.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-130
(Rev. 8/80)

HOL-E-23-000010

## NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102



**United States Patent and Trademark Office**  Reg. No. 1,950,366
Registered Jan. 23, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

### REVERSELINK

DEVOS LTD. (NEW YORK CORPORATION), DBA GUARANTEED RETURNS
140 N. BELLE MEADE RD.
EAST SETAUKET, NY 117333455

FOR: INVENTORY CONTROL SERVICES, NAMELY PROVIDING COMPUTERIZED DATA TO PHARMACEUTICAL MANUFACTURERS REGARDING RETURNED GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1994; IN COMMERCE 9-1-1994.

SER. NO. 74-548,446, FILED 7-12-1994.

KAREN K. BUSH, EXAMINING ATTORNEY

HOL-E-23-000012