# EXHIBIT 11



# Town of Brookhaven
# Long Island

Felix J. Grucci, Jr., Supervisor

NOTICE BEFORE SUMMONS

Date: July 20, 2000

Trylon Associates Inc.
30 Upper Sheep Pasture Rd.
Setauket, New York 11733

Re: 00-38547-SET

A representative of this office inspected your property on 7-17-00 and found a violation of the Town of Brookhaven Anti-Litter Ordinance, specifically:

Section: 45-4B

Property Inspected: 140 N. Belle Mead Road, Setauket, New York 11733

Litter on property - Miscellaneous paper debris on grass on south side of property, scrapwood, miscellaneous paper and plastic items around picnic table all situated at rear curbside, wooden pallets leaning against the rear of building.

This property will be reinspected in five (5) days from this notification. If the condition has not been corrected, a summons may be issued. The penalty for violation of the Anti-Litter Ordinance is a fine not to exceed $1,000.00 and a possible misdemeanor charge.

If you have any questions regarding this letter, call 451-6222. Thank you for your response and cooperation.

Paul M. Roth, Commissioner

By: Robert J. Smith
    Sanitation Inspector

RJS/ljm
Enc.

Department of Waste Management
Paul M. Roth, Commissioner
3233 Route 112 • Medford • NY 11763 • Phone (631) 451-6222 • Fax (631) 451-6391
www.brookhaven.org

PUBLIC NOTICE OF ADOPTION OF
SANITARY CODE OF THE TOWN OF BROOKHAVEN

TAKE NOTICE that the following Local Law #17-1979, Sanitary Code of the Town of Brookhaven was enacted at a regular meeting held on the 18th day of December 1979, after a public hearing and entered in its minutes, to wit:

### SANITARY CODE
### Section 45-4 - Littering

Paragraph A. Litter on public and private property - No person shall cause litter to be thrown or deposited in or upon public or private property within the Town except in public receptacles or, authorized private and commercial receptacles, or in public disposal facilities. Person placing or removing litter in or from public receptacles or as to prevent it from being scattered, carried, or deposited upon any street, sidewalk, or other public or private property.

### Section 45-4 - Littering

Paragraph B. Duty to keep private property free of litter. Any person owning, occupying or in control of private property shall maintain such property, including the sidewalk in front thereof, free of litter.

### Section 45-6 - Unregistered Vehicles on Private Property

An owner of private property, lessee, tenant or occupant of property situated within the town may store not more than one (1) unregistered motor vehicle which, if registered, could be registered as a motor vehicle, provided that said motor vehicle is stored in a suitably enclosed location inside a building or behind a fence which suitably screens such unregistered motor vehicle from view, or said motor vehicle may be stored in the rear yard or in the driveway of said property, provided that said vehicle is at all times covered with a completely opaque fabric car covering. The car covering shall be kept in good repair and shall cover the entire car at all times, extending to the lower edge of the bumpers to the lower edge of the fenders if said motor vehicle is not equipped with bumpers.

(Amended 9-1-92 by L.L. NO. 11, 1992, effective 9-8-92)