# EXHIBIT 13

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>THE PREMISES KNOWN AND DESCRIBED AS<br>100 COLIN DRIVE, HOLBROOK, NY 11741 | )<br>)  Case No.  14 M 931<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____New York____
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES KNOWN AND DESCRIBED AS 100 COLIN DRIVE, HOLBROOK, NY 11741 as further described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____November 7, 2014____
                                                                                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
DUTY MAGISTRATE_____.
                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for ____ days *(not to exceed 30)*.
                                                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/24/14 @ 3:55 PM          _____
                                                                                         *Judge's signature*

City and state: Brooklyn, New York          Hon. Ramon E. Reyes, Jr.     U.S.M.J.
                                                                        *Printed name and title*

SW000116

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____    _____
                                           *Executing officer's signature*

                                           *Printed name and title*

SW000117

**ATTACHMENT A**
Property to Be Searched

100 Colin Drive, Holbrook, New York 11741

The business office and warehouse located at 100 Colin Drive, Holbrook, NY 11741 is further described as a one-story cement block building located on the corner of Colin Drive and Andrea Road. There is a sign containing the language "Guaranteed Returns" and the number "100" located on the north end of the building. The main entrance consists of double glass doors located on the northeast corner of the building containing the language "Guaranteed Returns." There is a grey door located on the southeast corner of the warehouse facing east, containing in black letters "GUARANTEED RETURNS." On the southeast corner of the building facing south is a warehouse bay door containing black letters "GUARANTEED RETURNS GROUND LEVEL RECEIVING." Also on the south side of the building are three additional white warehouse bay doors two of which contain in black letters "GUARANTEED RETURNS SHIPPING and the eastern-most door containing in black letters "GUARANTEED RETURNS."

## ATTACHMENT B

Items to Be Seized

The items which constitute evidence, fruits and instrumentalities of mail fraud, in violation of 18 U.S.C. § 1341; wire fraud, in violation of 18 U.S.C. § 1343; theft of government funds, in violation of 18 U.S.C. § 641; and conspiracy to launder money, in violation of 18 U.S.C. § 1956 (h); as well as obstruction of justice, in violation of 18 U.S.C. §§ 1512(c) and 1519; and making false statements to law enforcement officers, in violation of 18 U.S.C. § 1001, are further described as follows:

Computers, servers and computer-related equipment containing all records of the FilePro computerized inventory system, including all data, tables and records, upon which the FilePro system ~~exists~~ relies PEF