# EXHIBIT 14

SA JoAnn Wooding
Brady Saul, DEA
Donna Fallow, GR
John Giavini, GR
Council

DoD entity

11/3/09 Meeting at Guaranteed Returns

Rep → put items in box, go through pharmacy for returnables → items are shipped by customer
OR
Customer → Ships box to GR — UPS or Freight carrier

both require a Return Authorization Form
only has Acct # Address → no inventory
W → No inventory of what is sent to GR ← W
(maybe entity receipt)
Receiving
Received into a cage → Box is scanned
controlled substances Removed

Controlled moved to cage
Non controlled moved to holding area by wholesaler to wait for processing

Processing
Holding to work stations where employees go through box to inventory items — Manifest created
Returnable or Non returnable
W → Could pull out drugs — or set aside ← W

Labels are on product → Scanned identifies customer
items are sorted by manufacturer & put in boxes

Boxes for each manufacturer are kept on skids until they have enough to ship (batches or cycles)

Manufacturer issues a credit to the wholesaler

Wholesaler provides credit memo or spreadsheet of $$ credit (reconcile)

4. <u>Reconciliation</u>
GR determines credit distributions & deducts fee

Walgreens                    Amerisource Bergen              Bergen
pharmacy A → primary wholesaler is
                                                → Bergen
Walgreens → Ship to GRX        ↓ Asks ParentCo
                                 ABC retro          Consolidate
                                                    Credit to
                                 Reconciliation             ABC
                                 Dept breaks out           100,000
                    Stores       100,000                  Spreadsheet
                                  GR                       or
                                                          Credit
                                                          memo

~~Obtain~~
Warehouse's badge records → Kasper
→ Check employees coming & going → in & outdoor 1yr
Internal security - year        external - longer
video

Need a Returns ⇒

Nitschman left 6/15/01
         Came back &
              was fired

Return Authorization Form
Name, Address of facility & Account # Assigned by GR
— identifies → for product

Ship product

receive product
→ Inventory   Creates manifest   NON-returnable Market
Processing ⤴  → Scan product & Computer det return
Labels on product when scanned   identify customer
boxed by manufacturer → issue credit   (some wholesalers provide credit nos)
         ↓                    ↓        Save SS spreadsheet
    Batched                to wholesaler – Amerisource

(Reconciliation Dept → spreadsheets get downloaded
 thru system Credit due to customer
         System provides
              ↓ Credit Statement
       Check vs   posting
Acct → batch    Next Pmt 1-5   Doc # check #
                                        creation

Fee info is provided
Wholesaler   Credit
Wholesaler spreadsheet → facilities
provides distribution   fee profile
                         Automatic

DoD Facilities → Reps vs Non Reps

VP Nat'l Gov't — KASPER
Expeditions              Admin Asst   Mara Rosehoff
DoD Frischette   National            National Accts
                 Nitschman           Manager

∧                        ∧
Reps in field            reps in field

Kasper
Responsible everything except for Retail

OoD   Nat Accts
              ↓
              Hospitals
              busio groups
              Clinic
              Center

Responsible
New business
              ↓
              busio group
              trade shows meetings



Compensation
Salary
+
residual 06
~~fees~~
Service fee