## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

          v.

DEVOS LTD. d/b/a Guaranteed
Returns, *et al.*

**FILED**

JAN - 6 2016

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

CRIMINAL ACTION NO. 14-574-1, -2, -3

## ORDER

AND NOW, this 6 day of January, 2016, upon consideration of the unopposed request

for Extension of Time by Defendants Devos, Ltd. d/b/a Guaranteed Returns, Dean Volkes and

Donna Fallon,

    **IT IS HEREBY ORDERED** that the request is **GRANTED.** The scheduling Order

dated November 13, 2015 is amended so that Defendants shall file any reply in support of

Defendants' Omnibus Pretrial Motions on or before Wednesday, January 13, 2016.

                    BY THE COURT:

                    Hon. Petrese B. Tucker, C.J.