IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

## MOTION OF DEFENDANTS TO SEAL

Defendants, by undersigned counsel, respectfully move this Honorable Court for an Order sealing Defendants' Reply Memorandum of Law in Further Support of Their Pretrial Motions ("Reply Memorandum"), as well as the Reply Declaration of Douglas E. Grover ("Reply Declaration"). The Reply Memorandum discusses search and seizure affidavits that the government filed under seal and that remain partially under seal. In addition, the Reply Memorandum references, and the Reply Declaration attaches, documents that the government has designated for defense-team use only. Defendants therefore respectfully request that the Court direct that the Reply Memorandum and the Reply Declaration be filed under seal. Defendants will file on the public docket redacted versions of these documents.

Respectfully Submitted,

**SCHLAM STONE & DOLAN LLP**

By: /s/ Douglas E. Grover
Douglas E. Grover
Thomas A. Kissane

26 Broadway
New York, New York 10004
Tel. 212.344.5400
Fax 212.344.7677
dgrover@schlamstone.com
tkissane@schlamstone.com

**LAW OFFICES OF ANN C. FLANNERY, LLC**

By: /s/ Ann C. Flannery
Ann C. Flannery

1835 Market Street, Suite 2700
Philadelphia, Pennsylvania 19103
Tel. 215.636.9002
Fax 215.636.9899
acf@annflannerylaw.com
*Attorneys for Defendant Devos Ltd. d/b/a Guaranteed Returns*

| | | | |
|---|---|---|---|
| | **MORVILLO ABRAMOWITZ**<br>**GRAND IASON & ANELLO P.C.** | | **PROSKAUER ROSE LLP** |

**By:** /s/ Elkan Abramowitz
     Elkan Abramowitz
     Robert M. Radick
     Miriam L. Glaser

     565 Fifth Avenue
     New York, New York 10017
     Tel. 212.856.9600
     Fax. 212.856.9494
     eabramowitz@maglaw.com
     rradick@maglaw.com
     mglaser@maglaw.com

     *Attorneys for Defendant Dean Volkes*

**By:** /s/ Robert J. Cleary
     Robert J. Cleary
     William C. Komaroff
     Celia V. Cohen

     11 Times Square
     New York, New York 20036
     Tel. 212.969.3000
     Fax 212.969.2900
     rjcleary@proskauer.com
     wkomaroff@proskauer.com
     ccohen@proskauer.com

     *Attorneys for Defendant Donna Fallon*