IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

## ORDER

AND NOW, this _____ day of January, 2016, it is hereby **ORDERED** that Defendants' Motion to Seal is hereby Granted. It is ordered that Defendants' Reply Memorandum of Law in Further Support of Their Pretrial Motions, as well as the Reply Declaration of Douglas E. Grover, be filed under **SEAL** and that these documents remain sealed until further order of the Court. Defendants shall file redacted versions of these documents on the public docket.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief United States District Judge