

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | NO. 14-574 (PBT) |

**ORDER**

FILED JAN 15 2016 MICHAEL E. KUNZ, Clerk By\_\_\_\_ Dep Clerk

AND NOW, this 14th day of January, 2016, it is hereby **ORDERED** that Defendants' Motion to Seal is hereby Granted. It is ordered that Defendants' Reply Memorandum of Law in Further Support of Their Pretrial Motions, as well as the Reply Declaration of Douglas E. Grover, be filed under **SEAL** and that these documents remain sealed until further order of the Court. Defendants shall file redacted versions of these documents on the public docket.

BY THE COURT:

HONORABLE PETRESE B. TUCKER
Chief United States District Judge