### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :  **CRIMINAL ACTION** |
| | : |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | :  **NO. 14-574** |
| | : |

### ORDER

AND NOW, this __2nd__ day of February, 2016, upon consideration of the Defendants' letter dated January 13, 2016, requesting oral argument on the pending pre-trial motions, **IT IS HEREBY ORDERED AND DECREED** that the request is **GRANTED**.  Oral arguments on the outstanding motions shall be held on **Monday, February 29, 2016, at 2:00 pm** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**