PBT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUPERSEDING INDICTMENT

14-574

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia                    County: Philadelphia

City and State of Defendant(s):        see reverse

County:  see reverse          Register number: N/A

Place of accident, incident, or transaction:        Eastern District of Pennsylvania

Post Office: Philadelphia                    County: Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:        Yes

Case Number:   Cr. No. 14-574            Judge: Tucker

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☐ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☒ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 1343 (wire fraud - 23 counts); 18 U.S.C. § 1341 (mail fraud - 29 counts); 18 U.S.C. § 641 (theft of government property - 1 count); 18 U.S. C. § 371 (conspiracy to obstruct justice - 1 count); 18 U.S.C. § 1512(c)(1) (obstruction of justice - 3 counts); 18 U.S.C. § 1519 (obstruction of justice - 3 counts); 18 U.S.C. § 1001 (false statements - 3 counts); 18 U.S.C. § 1956(h) (conspiracy to launder money - 1 count); 18 U.S.C. § 2 (aiding and abetting); Notice of Forfeiture

DATE: 11 Feb 2016

Nancy Rue
Assistant United States Attorney

File No. 2013R00765
U.S. v. Dean Volkes

DEVOS LTD, d/b/a Guaranteed Returns
100 Colin Drive
Holbrook, NY 11741

Dean Volkes
18 Laurel Path
Port Jefferson, NY 11777

Donna Fallon
9 Bluffview Court
Miller Place, NY 11764