# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |

## ORDER

**AND NOW**, this __11th__ day of February, 2016, **IT IS HEREBY ORDERED AND DECREED** that the oral argument scheduled for Monday, February 29, 2016 at 2:00 pm is **CANCELLED**.

**IT IS FURTHER ORDERED** that the parties shall have a telephone conference to status the matter on **Monday, February 29, 2016 at 2:00 pm**. The Government shall initiate the telephone call and contact the Court once all parties have convened on the line. Chambers can be reached at (267) 299-7610.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**