IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, et al.** : | |
| : | |

**ORDER**

**AND NOW**, this __1st__ day of March, 2016, upon consideration of Defendants' Pre-trial Omnibus Motions (Doc. 100), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DISMISSED WITHOUT PREJUDICE**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] On February 11, 2016, a grand jury sitting in the Eastern District of Pennsylvania returned a 64-count Superseding Indictment charging Defendants Guaranteed Returns, Volkes, and Fallon with wire fraud, mail fraud, theft of government property, conspiracy to obstruct justice, obstruction of justice, false statements, conspiracy to launder money, and aiding and betting, all in violation of 18 U.S.C. §§ 1343, 1341, 641, 371, 1512, 1519, 1001, 1956(h), and 2 ("Superseding Indictment"). Doc. 120. On February 26, 2016, Defendants filed a Motion to Continue Trial Date and Establish Briefing Schedule. Doc. 123. Accordingly, this Court will not rule on Defendants' Pre-Trial Motions (Doc. 100) because they intend to file a motion in light of the additional charges in the Superseding Indictment.