IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

## DEFENDANTS' PRETRIAL MOTIONS

For the reasons set forth in the accompanying Memorandum of Law and supporting declarations of Douglas E. Grover, Toni Ann Meadows, Dean Volkes, and Donna Fallon, Defendants Devos Ltd. d/b/a Guaranteed Returns, Dean Volkes and Donna Fallon respectfully move this Court for: (I) suppression of all evidence seized pursuant to constitutionally defective search warrants and a *Franks* hearing on the same; (II) dismissal of Count 54 of the Superseding Indictment charging conspiracy to launder money; (III) a bill of particulars; (IV) release of assets currently subject to pretrial seizure; (V) unsealing of court records concerning the guilty pleas of two known witnesses cooperating with the government; and (VI) prompt disclosure of *Brady* and 404(b) material.

Respectfully Submitted,

| **SCHLAM STONE & DOLAN LLP** | **LAW OFFICES OF ANN C. FLANNERY, LLC** |
|---|---|
| By: /s/ Douglas E. Grover<br>Douglas E. Grover<br>Thomas A. Kissane<br><br>26 Broadway<br>New York, New York 10004<br>Tel. 212.344.5400<br>Fax 212.344.7677<br>dgrover@schlamstone.com<br>tkissane@schlamstone.com | By: /s/ Ann C. Flannery<br>Ann C. Flannery<br><br>1835 Market Street, Suite 2700<br>Philadelphia, Pennsylvania 19103<br>Tel. 215.636.9002<br>Fax 215.636.9899<br>acf@annflannerylaw.com<br><br>*Attorneys for Defendant Devos Ltd. d/b/a Guaranteed Returns* |

| | |
|---|---|
| **MORVILLO ABRAMOWITZ**<br>**GRAND IASON & ANELLO P.C.** | **PROSKAUER ROSE LLP** |

By: /s/ Elkan Abramowitz  
    Elkan Abramowitz  
    Robert M. Radick  
    Miriam L. Glaser  

565 Fifth Avenue  
New York, New York 10017  
Tel. 212.856.9600  
Fax. 212.856.9494  
eabramowitz@maglaw.com  
rradick@maglaw.com  
mglaser@maglaw.com  

*Attorneys for Defendant Dean Volkes*

By: /s/ Robert J. Cleary  
    Robert J. Cleary  
    William C. Komaroff  
    Celia V. Cohen  

11 Times Square  
New York, New York 20036  
Tel. 212.969.3000  
Fax 212.969.2900  
rjcleary@proskauer.com  
wkomaroff@proskauer.com  
ccohen@proskauer.com  

*Attorneys for Defendant Donna Fallon*

## **CERTIFICATE OF SERVICE**

I, William C. Komaroff, Esquire, hereby certify that the following documents have been filed electronically and are available for viewing and downloading from the Electronic Case Filing system: (1) Defendants' Pretrial Motions; (2) the Declaration of Toni Ann Meadows and exhibits thereto; (3) the Declaration of Dean Volkes; and (4) the Declaration of Donna Fallon. Notice has been sent through the ECF system to counsel of record, who have all consented to electronic service, including Assistant United States Attorneys Nancy Rue and Patrick Murray.

Dated: New York, New York
        March 18, 2016                                  /s/ William C. Komaroff

                                                        PROSKAUER ROSE LLP

                                                        11 Times Square
                                                        New York, New York 20036
                                                        Tel.  212.969.3000
                                                        Fax  212.969.2900
                                                        wkomaroff@proskauer.com

                                                        *Attorneys for Defendant Donna Fallon*