# EXHIBIT 1



# RETURN AUTHORIZATION

Please complete and send back original with your return goods.
Please copy for your records.



642624

140 N. Belle Mead Rd.
Setauket, NY 11733-3455
1-800-473-2138 Customer Service

| | | | DATE | CUSTOMER NO. |
|---|---|---|---|---|

| CUSTOMER | PHONE | CREDIT THROUGH | | |
|---|---|---|---|---|

SAMPLE

| | BUYING GROUP | | WHOLESALER ACCT. # |
|---|---|---|---|
| | DEBBIE LETELLIER | | |

| QTY. | MANUFACTURER | DESCRIPTION | QTY. | MANUFACTURER | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SAMPLE OPTIONAL SECTION

(Merchandise inventoried by GRx)

| AUTHORIZED SIGNATURE | DATE | E-MAIL ADDRESS: |
|---|---|---|

RETURN BOX

642624

[     ] OF [     ]

FROM

RETURN BOX

642624

[     ] OF [     ]

FROM

TO

**GUARANTEED RETURNS**
140 N.  Belle Mead Rd.
Setauket, NY 11733-3455

TO

**GUARANTEED RETURNS**
140 N.  Belle Mead Rd.
Setauket, NY 11733-3455

## INSTRUCTIONS AND POLICIES OF GUARANTEED RETURNS

### The Guaranteed Returns
### Return Goods Policy

Guaranteed Returns accepts for return any opened and unopened packages of Rx, Schedule CII to CV, OTC and HBC products at any time.

Many manufacturers allow credit for return goods greater than 12 months after expiration date,damaged, recalled and indate products.

**To Return Merchandise to Guaranteed Returns:**
*Complete this form and ship goods postage prepaid to:*
Guaranteed Returns
140 N. Belle Mead Rd.
Setauket, NY 11733-3455

* See mailing labels provided
** Please number all cartons shipped. (i.e. box 2 of 3 )
*** Please fill out all necessary information

For assistance or missing information call toll free 1-800-473-2138

Each Pharmacy receives a list of all returnable and non returnable merchandise and a credit estimate.

All credit estimates and service procedures are determined by strict manufacturer's specifications.

Within a six to eight week period the pharmacy will receive credit directly from each manufacturer, in the form of a check, credit through your wholesaler, usable merchandise and credit to any active direct accounts.

Our standard service fee is 18% of the credit estimate; which has a 100% guarantee. Billing terms for service is net 30 days.

### 100% GUARANTEE

Guaranteed Returns guarantees that Servicee shall receive credit, cash or usable merchandise equivalent to 100% of the net credit estimate of returnable merchandise for which return requested.

If after four months from the date the Servicee returns the expired merchandise, Servicee receives less than 100% of the net credit estimate in the form of credit, cash or usable merchandise, Guaranteed Returns, upon satisfactory inspection of the Servicees' receipt records, shall reimburse the Servicee 18% of the difference between the amount the Servicee actually receives and the estimated credit amount for which return is requested.

If total credit, cash or usable merchandise received by the Servicee is equal to, or greater than 100% Guaranteed Returns' guarantee shall be considered satisfied.

Guaranteed Returns' guarantee to Servicee is not assignable by the Servicee.

The service and guarantee relate only to your product that is immediately creditable in your approved program upon receipt by Guaranteed Returns. Guaranteed Returns, of course, reserves the right to dispose of your product received in other than an immediately creditable state without claim for remuneration. If necessary we may offset against the balance the value of any present or future credits.

* Only send liquid infant formula labels to Guaranteed Returns. Excluding Abbott Ross Labs, must send actual cans.

* To request a DEA Form 222 call 1-800-473-2138 Ext: 176 A DEA Form 222 must be issued before we receive your CII product.

Rev: 7/00