# EXHIBIT 2



# RETURN AUTHORIZATION



# M161727

Please complete and send back original with your return goods.
Please copy for your records

Please call 800-473-2138 if the wholesaler information listed is incorrect. DO NOT change this form

100 TEDUKE CT.
ST. CHARLES, MO 63301
1-800-473-2138 Customer Service

M

| DATE | GRX NO. |
|---|---|
| 09/29/05 | |

| CUSTOMER | PHONE | | CREDIT THROUGH | |
|---|---|---|---|---|
| | | | | |

Call if wholesaler listed is incorrect.
Do not change wholesaler listed above.

| DEA NO. | BUYING GROUP | NUMBER OF BOXES BEING SHIPPED | WHOLESALER ACCT.# |
|---|---|---|---|
| | | | |

| QTY. | MANUFACTURER | DESCRIPTION | QTY. | MANUFACTURER | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

10/18/05

| AUTHORIZED SIGNATURE | DATE | E-MAIL ADDRESS: | | |
|---|---|---|---|---|
| | | SERVICE DATE | NEXT SERVICE DATE | |
| | | 11/28/05 | 01/06 | |

**FOR ADDITIONAL INVENTORY SPACE AND SHIPPING LABELS PLEASE PHOTOCOPY FORM AND BROWN LABELS**

THE WHOLESALER LISTED ABOVE WILL RECEIVE YOUR CREDIT MEMOS. IF THE WHOLESALER ABOVE IS INCORRECT YOU MUST CALL 800-473-2138.
DO NOT USE THIS FORM IF YOU DO NOT USE THE WHOLESALER LISTED.
RETURN GOODS POLICY AND INSTRUCTIONS ON BACK

*INSTRUCTIONS AND POLICIES OF GUARANTEED RETURNS*

*The Guaranteed Returns*
*Returns Goods Policy*
*For ReverseLink One™ Program*

Guaranteed Returns accepts for return any opened and unopened packages of Rx, Schedule CII to CV, OTC and HBC products from over 1000 manufacturers.

Many manufacturers allow credit for return goods greater than 12 months after expiration date, damaged, recalled and indate products.

*To Return Merchandise to Guaranteed Returns:*
*Complete this form and ship goods to:*
Guaranteed Returns
100 Teduke CT.
St. Charles, MO 63301

\* Stop if wholesaler listed on this form is incorrect. Do Not use this form or labels!!
\*\* See mailing labels provided
\*\*\* Please number all cartons shipped. (i.e. box 2 of 3)
\*\*\*\* Please fill out all necessary information
\*\*\*\*\* Please list or provide listing of all CIII to CV drug products

For assistance or missing information call toll free 1-800-473-2138

Each Pharmacy receives a list of all returnable and non-returnable merchandise and a credit estimate.

All credit estimates and service procedures are determined by strict manufacturer's specifications.

Your Pharmacy will receive credit directly from *your participating* wholesaler or Guaranteed Returns for approximately the estimated credit value.

The service fee is deducted from actual credits.

*PRODUCT GUARANTEE*

Guaranteed Returns takes full responsibility for all your pharmacy's merchandise received and handled by Guaranteed Returns. If any merchandise is damaged or lost at Guaranteed Returns, we will reimburse your pharmacy full acquisition cost.

The service and guarantee relate only to your product that is immediately creditable in your approved program upon receipt by Guaranteed Returns. Guaranteed Returns, of course, reserves the right to dispose of your product received in other than an immediately creditable state without claim for remuneration. If necessary we may offset against the balance the value of any present or future credits.

\*\* Other Notes:
Disposal of pharmaceuticals is free of charge; unless the cost to do so is greater than 6.5% of the service fee.

\* If your crediting wholesaler fails to make payment for *services rendered* by Guaranteed Returns, you are ultimately responsible for service fee(s) to Guaranteed Returns. Guaranteed Returns reserves the right to accommodate your wholesaler's billing practices to include the wholesaler handling/processing/drop ship credit fees as an item separate from the fee of Guaranteed Returns.

\*Only send liquid infant formula labels to Guaranteed Returns. Excluding Abbott Ross Labs, must send actual cans.

\*To request a DEA form 222 call 1-800-729-3279 x336. A DEA form 222 must be isssued before we receive your CII products.

Rev: 05/04