# EXHIBIT 6

```
INTERNET ARCHIVE    http://www.guaranteedreturns.com/policies.htm       [Go]      JUN AUG OCT   Close
WaybackMachine   15                                                              ◄  5  ►
                 captures                                                        2001 2002 2003
                 5 Mar 01 - 9 Feb 05                                                         Help
```

## Policies

Policies of Guaranteed Returns®

• ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪

The Guaranteed Returns® Return Goods Policy for "Reverse*Link* One"™ Programs

• ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪



Guaranteed Returns® accepts for return any opened and unopened packages of Rx, scheduled CII to CV, OTC, and HBC products for over 1000 manufacturers.

Many manufactures allow credit for return goods greater than 12 months after the expiration date, damaged, recalled, and in dated products.



○ To return merchandise to Guaranteed Returns®, complete the Return Authorization form and ship goods to:
   Guaranteed Returns®
       140 N. Belle Mead Rd.
       Setauket, NY 11733
○ On labels number all cartons shipped (ex. 1 of 2)

*For assistance or information call toll free 1-800-473-2138*

Each pharmacy receives a list of all returnable goods as well as non-returnable merchandise in addition to a credit estimate.

All credit estimates and service procedures are determined by strict manufacture's specifications.

**Service fee is deducted from your actual credits!**

To request a DEA 222 form, please call 1-800-473-2138 or email us at c2s@guaranteedreturns.com . A DEA 222 form must be issued before we receive your CII products.



### Please Remember: Some Things are not meant to be mailed!!
**It is the mailers responsibility to know the physical characteristics of the hazardous materials they wish to mail, and to ensure they do not mail anything which can injure persons or property such as:**
☐ **Explosives**- fireworks, ammunitions, flares, etc
☐ **Compressed Gases**- aerosol products, butane gas, fire extinguishers, etc.
☐ **Flammable Liquids & Solids**- paints, lighter fluid, matches, etc.
☐ **Corrosives**- oven cleaner, battery acid, sulfuric acid, etc.
☐ **Toxic Substances (Poisons)**- arsenic, potassium cyanide, pesticides, etc.
☐ **Oxidizers**- oxidizing liquids, nitrates, peroxides, etc.
☐ **Infectious Substances (Etiologic)**- germs, scabs, blood&urine, sharps waste, etc.
☐ **Radioactive Materials**- products with radioactive warning labels & products containing limited quantities of radioactive materials (eg.., pacemakers, etc.)
☐ **Miscellaneous Materials**- dry ice, magnetized materials, etc.

**If you have any questions regarding these materials, please contact us before mailing!**

• ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪

Product Guarantee

Guaranteed Returns® takes full responsibility for all your pharmacy's merchandise received and handled by Guaranteed Returns®. If any merchandise is lost or damaged at Guaranteed Returns®, we will reimburse your pharmacy's full acquisition cost.

The service guarantee relates only to your products that are immediately creditable in your approved program upon receipt

by Guaranteed Returns®. Guaranteed Returns® reserves the right to dispose of your products received in other than an immediately creditable state without claim for remuneration. If necessary we may offset against the balance the value of any present or future credits.

**Other Notes :**

Disposal of pharmaceuticals is free of charge. Some restrictions apply.

If your crediting wholesaler fails to make payment for services rendered by Guaranteed Returns®, you are ultimately responsible for service fee(s) to Guaranteed Returns®.

updated: 03/25/02