# EXHIBIT 8



**The Industry's Choice For Pharmaceutical Reverse Distribution Services**

INTERNET ACCOUNT LOGIN
user name

Login

Not subscribed yet? **Click here!**

Tuesday, October 16, 2007

Latest News:



 Services Offered
 Forms
 News
 Participants/ Partners
 NEW Member Signup
 FAQs
 Job Opportunities
 Policies
 Contact Info
Government Contact Info

## Policies

The Guaranteed Returns® Return Goods Policy for the "ReverseLink One"™ Program

Guaranteed Returns® accepts for return any opened and unopened packages of Rx, scheduled CII to CV*, OTC, and HBC products for over 1000 manufacturers. Many manufactures allow credit for return goods greater than 12 months after the expiration date, damaged, recalled, and in-dated products.

To return merchandise to Guaranteed Returns®, complete the Return Authorization form and ship goods to:

Guaranteed Returns®
100 Colin Drive
Holbrook, NY 11741

Please properly label & number all cartons to be shipped (i.e., 1 of 2, 2 of 2).

Each client receives a list of all creditable & non-creditable items, as well as an estimated credit estimate. All credit estimates and service procedures are determined by manufacturers specifications.

Service fee is deducted from your actual credits.

*To request a DEA 222 Form, please call 1-800-473-2138 or email us at c2s@guaranteedreturns.com. A DEA 222 Form must be issued before we receive your CII products.

---

Guaranteed Returns® takes full responsibility for all your pharmacy's merchandise received and handled by Guaranteed Returns®. If any merchandise is lost or damaged at Guaranteed Returns®, we will reimburse your pharmacy at full acquisition cost.

The service guarantee relates only to your products that are immediately creditable in your approved program upon receipt by Guaranteed Returns®. Guaranteed Returns® reserves the right to dispose, remit, donate and or otherwise of your products received in other than an immediately creditable state without claim for remuneration. Some restrictions may apply to free of charge pharmaceutical disposal programs. If necessary, we may offset against the balance of the value of any present or future credits.

If your crediting wholesaler fails to make payment for services rendered by Guaranteed Returns®, you are ultimately responsible for service fee(s) to Guaranteed Returns®. Guaranteed Returns® reserves the right to accommodate your wholesaler's billing practices to include the wholesaler's handling/processing/drop ship credit fees as an item seperate from the fee of Guaranteed Returns®.

Product outside of policies must be claimed within 30 days of notification. Any product claimed by the customer is not intended for ultimate consumer sale and customer agrees to pay Guaranteed Returns® handling and shipping cost.

## Privacy Statement

1. This web site is provided as a service to the customers for Guaranteed Returns®. Our company is committed to safe and secure on-line transactions.

2. Information presented on the non-secure pages is considered public information and may be distributed or copied. Use of appropriate byline/photo/image credits is requested. And information accessible via passwords in secure areas is considered confidential and not for public distribution.

3. For site management, information is collected by Guaranteed Returns® is for statistical purposes. This web site uses software programs to create interactive forms and summary statistical reports.

4. For site security purposes and to ensure that this service remains available to all users, Guaranteed Returns® employs software programs to monitor network traffic to identify unauthorized attempts to upload or change information, or otherwise cause damage.

5. Except for authorized law enforcement investigations, no other attempts are made to identify individual users or their usage habits. Raw data logs are used for no other purposes and are scheduled for regular destruction in accordance with [National Archives and Records Administration General Schedule 20].

6. Unauthorized attempts to upload information or change information on this service are strictly prohibited and may be punishable under the Computer Fraud and Abuse Act of 1986 and the National Information Infrastructure Protection Act.

7. We will not share, trade or sell personal information of our visitors for use by any business.

8. Guaranteed Returns® may contain links to other websites. Guaranteed Returns® is not responsible for the privacy practices or the content of such websites. We recommend you carefully read the privacy policies of each site you visit.

9. By using this website or any other Guaranteed Returns® website or interactive banner ads, you signify your acceptance of this Privacy Statement, and you adhere to the terms and conditions posted on the website. If you do not agree with any of these terms in, please do not use this site or submit any personal information.

Home | Services Offered | Forms | News | Participants / Partners
New Customer Signup | FAQs | Job Opportunities | Policies | Contact Info | WebMail | ROW Customers

Copyright 2004 Guaranteed Returns®. All right reserved.
Guaranteed Returns® is a registered trademark and service mark in the United States and all other countries.
All other trademarks and service marks that appear on this web site are those of other third parties
and are not affiliated with Guaranteed Returns®