# EXHIBIT 9

*The Industry's Choice for*
*Pharmaceutical Reverse Distribution Services*

Sunday, October 04, 2009

HOME    WHAT WE DO    SERVICES    FORMS    DOD/VA    PARTICIPANTS    FAQs    GREEN    CAREERS    POLICIES    CONTACT INFO



username
ENTER

Forgot password?
Not subscribed yet? Click Here!

**Policies**
Compliance
Privacy Statement
Licenses



## POLICIES

### INSTRUCTIONS AND POLICIES OF GUARANTEED RETURNS®

**The Guaranteed Returns® Return Goods Policy For ReverseLink One™ Program**

Guaranteed Returns® accepts for return any opened and unopened packages of Rx, Schedule CII to CV, OTC and HBC products from over 1000 manufacturers.

Many manufacturers allow credit for return goods greater than 12 months after the expiration date, damaged, recalled and indate products.

To Return Merchandise to Guaranteed Returns®, complete this form and ship goods to:
Guaranteed Returns®, 100 Colin Drive, Holbrook, NY 11741-4306

**STOP IF WHOLESALER LISTED ON THIS FORM IS INCORRECT.**
**DO NOT USE THIS FORM OR LABELS!**

- See mailing labels provided.
- Please number all cartons shipped. (i.e. box 2 of 3)
- Please fill out all necessary information.
- Please list or provide listing of all CIII to CV drug products.

For assistance or missing information call toll free 1-800-473-2138.

Each pharmacy receives a list of all returnable and non-returnable merchandise and a credit estimate.

All credit estimates and service procedures are determined by strict manufacturer's specifications.

Your pharmacy will receive credit directly from your participating wholesaler or Guaranteed Returns® for approximately the estimated credit value.

The service fee is deducted from actual credits.

The service and guarantee relate only to your product that is immediately creditable in your approved program upon receipt by Guaranteed Returns®. Guaranteed Returns® reserves the right to dispose, remit, donate and/or otherwise receive product in other than an immediately creditable state without claim for remuneration. Return services including free disposal of pharmaceuticals remains free of charge; unless the cost to do so is greater than 6.5% of the service fee.
If necessary, we may offset against the balance of the value of any present or future credits.

Guaranteed Returns® takes full responsibility for all your pharmacy's merchandise received and handled by Guaranteed Returns®. If any merchandise is damaged or lost at Guaranteed Returns®, we will reimburse your pharmacy full acquisition cost.

Guaranteed Returns® shall not be liable for the value of, and cannot guarantee credit for products that were purchased outside of normal distribution channels. This includes products that were not purchased directly by our customer from a particular manufacturer or directly by our customer from an approved distributor of said manufacturer. This also includes products that were purchased outside of the United States, as well as counterfeit items. Also, manufacturers may require proof-of-purchase, and reserve the right to destroy such product without issuing any credit. If such product has been shipped by Guaranteed Returns® or its customer to a manufacturer or their agent, Guaranteed Returns® cannot guarantee the return of product to the customer, and in no way shall Guaranteed Returns® be responsible for reimbursing the customer for said product. If the product is available for return to the customer, it shall be at the customer's expense.

In any dispute, Guaranteed Returns® has the right to require the customer to produce an invoice showing purchase of disputed items. Failure by the customer to provide such an invoice shall release Guaranteed Returns® from any and all liability of products involved in dispute. In no instance shall Guaranteed Returns® liability for any product exceed the actual cost paid for product by the customer.

It may be possible that some manufacturer credits may not be eligible to be reimbursed by Guaranteed Returns® to the customer, and credit may be issued through the customer's wholesaler or to the customer directly from the manufacturer. In either case, Guaranteed Returns® may deduct its fee for processing such manufacturer returns from checks issued to customer by Guaranteed Returns®.

*If your crediting wholesaler fails to make payment for services rendered by Guaranteed Returns®, you are ultimately responsible for service fee(s) to Guaranteed Returns®. Guaranteed Returns® reserves the right to accommodate your wholesaler's billing practices to include the wholesaler handling/processing/drop ship credit fees as an item separate from the fee of Guaranteed Returns®.

*Only send liquid infant formula labels to Guaranteed Returns®. Excluding Abbott Ross Labs, must send actual cans. Request a DEA Form 222 on line at www.guaranteedreturns.com or call 1-800-473-2138. A DEA Form 222 must be issued before we receive your CII product(s).

All service disputes are governed by the laws of the State of New York.

NEW MEMBER SIGNUP

top of page | HOME | WHAT WE DO | SERVICES | FORMS | DOV/VA | PARTICIPANTS | FAQs | GREEN | CAREERS | POLICIES | CONTACT | WEBMAIL

Copyright 2008 Guaranteed Returns®. All right reserved.
Guaranteed Returns® is a registered trademark and service mark in the United States and all other countries.
All other trademarks and service marks that appear on this web site are those of other third parties and are not affiliated with Guaranteed Returns®