IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

## ORDER

AND NOW, this 21st day of March, 2016, it is hereby **ORDERED** that Defendants' Motion to Seal is hereby Granted. It is ordered that the Defendants' Memorandum of Law in Support of Their Pretrial Motions and the supporting Declaration of Douglas E. Grover be filed under **SEAL**, and that these documents remain sealed until further order of the Court. Defendants shall file redacted versions of these documents on the public docket.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief United States District Judge