**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| **DEVOS LTD. d/b/a Guaranteed Returns, et al.** | : | **NO. 14-574 (PBT)** |
| | : | |

# O R D E R

AND NOW, this _____ day of April, 2016, it is hereby **ORDERED** that Defendants' Motion For Leave To File An Oversize Brief is hereby Granted.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| DEVOS LTD. d/b/a Guaranteed Returns, et al. | : NO. 14-574 (PBT) |

**MOTION OF DEFENDANTS FOR LEAVE TO FILE AN OVERSIZE BRIEF**

Defendants, by undersigned counsel, respectfully move this Honorable Court for an Order permitting them to file a 20 page reply memorandum of law in further support of their pretrial motions. Counsel for defendants Devos Ltd. d/b/a/ Guaranteed Returns, Dean Volkes and Donna Fallon have worked diligently to integrate their clients' various pretrial motions so as to avoid duplication and to present efficiently the relevant legal issues to the Court. Counsel have endeavored to reply as succinctly as possible to the government's 88 page memorandum in opposition but have been unable to do so in ten pages, and therefore respectfully request permission to file the 20 page reply memorandum which is being submitted to the clerk's office for filing under seal.

Respectfully Submitted,

| **SCHLAM STONE & DOLAN LLP** | **LAW OFFICES OF ANN C. FLANNERY, LLC** |
|---|---|
| **By:** /s/ Douglas E. Grover<br>Douglas E. Grover<br>Thomas A. Kissane<br><br>26 Broadway<br>New York, New York 10004<br>Tel. 212.344.5400<br>Fax 212.344.7677<br>dgrover@schlamstone.com<br>tkissane@schlamstone.com | **By:** /s/ Ann C. Flannery<br>Ann C. Flannery<br><br>1835 Market Street, Suite 2700<br>Philadelphia, Pennsylvania 19103<br>Tel. 215.636.9002<br>Fax 215.636.9899<br>acf@annflannerylaw.com<br>*Attorneys for Defendant Devos Ltd. d/b/a Guaranteed Returns* |

| | | | |
|---|---|---|---|
| | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.** | | **PROSKAUER ROSE LLP** |
| **By:** | /s/ Elkan Abramowitz | **By:** | /s/ Robert J. Cleary |
| | Elkan Abramowitz<br>Robert M. Radick<br>Miriam L. Glaser | | Robert J. Cleary<br>William C. Komaroff<br>Celia V. Cohen |
| | 565 Fifth Avenue<br>New York, New York 10017<br>Tel. 212.856.9600<br>Fax. 212.856.9494<br>eabramowitz@maglaw.com<br>rradick@maglaw.com<br>mglaser@maglaw.com | | 11 Times Square<br>New York, New York 20036<br>Tel. 212.969.3000<br>Fax 212.969.2900<br>rjcleary@proskauer.com<br>wkomaroff@proskauer.com<br>ccohen@proskauer.com |
| | *Attorneys for Defendant Dean Volkes* | | *Attorneys for Defendant Donna Fallon* |