IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DEVOS LTD. d/b/a Guaranteed
Returns, et al.

CRIMINAL ACTION

NO. 14-574 (PBT)

## ORDER

AND NOW, this 2nd day of May, 2016, it is hereby **ORDERED** that Defendants' Motion to Seal is hereby Granted. It is ordered that Defendants' Reply Memorandum of Law in Further Support of Their Pretrial Motions be filed under **SEAL**, and that the Reply Memorandum remain sealed until further order of the Court. Defendants shall file a redacted version of the Reply Memorandum on the public docket.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
Chief United States District Judge