IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | |
| **DEVOS LTD. d/b/a GUARANTEED** : | **NO. 14-574** |
| **RETURNS, DEAN VOLKES, and** : | |
| **DONNA FALLON** : | |

## ORDER

AND NOW, this __30th__ day of May, 2019, upon consideration of Defendants' letter to the Court dated May 29, 2019, by which Defendants' advise the Court of their intent to respond to the Government's Amended Motions for Judgments and Preliminary Orders of Forfeiture (ECF Nos. 384, 385, 386), **IT IS HEREBY ORDERED AND DECREED** that Defendants' responses and any supporting memoranda or briefs to each of the Government's Motions shall be limited in total page length by the length of the Government's Motions and any memoranda in support thereof.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] For example, the Government's Motion for Judgment and Preliminary Order of Forfeiture (ECF No. 384) is a total of eight pages. Therefore, Defendants' response to this Motion shall not exceed a total of eight pages.